# EXHIBIT A

**ANDERSON & KARRENBERG**
Stephen P. Horvat (#6249)
Heather M. Sneddon (#9520)
John A. Bluth (#9824)
50 West Broadway, Suite 700
Salt Lake City, Utah 84101
Tel: (801) 534-1700
Fax: (801) 364-7697
shorvat@aklawfirm.com
hsneddon@aklawfirm.com
jbluth@aklawfirm.com

**Attorneys for Defendants**

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| EVTECH MEDIA, LLC, a Utah limited liability company,<br><br>Evolution Group,<br><br>vs.<br><br>ZURIXX, LLC, a Utah limited liability company, FINANCIAL MEDIA GROUP, LLC DBA FLIPPING FORMULA, a Utah limited liability company, PETER SOUHLERIS, an individual, DAVE SEYMOUR, an individual, MARC HRISKO, an individual, LISA ANDERSON, an individual, and MITCH JOHNSON, an individual,<br><br>Defendants. | **DECLARATION OF LISA ANDERSON IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Case No. 2:13-cv-00621<br><br>Judge Dee Benson |

I, Lisa Anderson, hereby declare as follows:

1. I am competent to testify herein, and make this statement based on my personal knowledge.

2.      I was hired as an independent contractor by The Evolution Group, LLC ("Evolution Group") to be Seminar Director at its real estate investment seminars in September 2010.  Defendant Marc Hrisko was also hired by Evolution Group as an independent contractor at that time to instruct at the seminars for which I was Seminar Director.  I have had years of experience in the real estate industry, first as an investor, and beginning in 2008 as a Seminar Director.

3.      Prior to coming to Evolution Group, Mr. Hrisko and I developed a Power Point demonstration that Mr. Hrisko and I created before associating with Evolution Group.  The Power Point demonstration consisted of dozens of slides presenting important points about investing in general and real estate investing in particular.

4.      Sometime after Mr. Hrisko and I contracted with Evolution Group, we decided that it would be helpful to put our slides into written form for seminars at which Mr. Hrisko instructed, with enhanced graphics and formatting, to assist seminar attendees.  Accordingly, we put the slides into a workbook format in the fall of 2010 (the "Hrisko Workbook").

5.      It was Mr. Hrisko's and my idea to print my Power Point demonstration, and no one associated with Evolution Group requested that we do so or asked us to prepare any written materials for our seminars.

6.      In July 2011, I sent the Hrisko Workbook in a .pdf file to Evolution Group so that Evolution Group could print the Hrisko Workbook for Mr. Hrisko and me, as well as for other Evolution Group seminar teams.  Previously, Mr. Hrisko and I had printed the Hrisko Workbook at our own expense.

7.      In September 2012, I sent the Hrisko Workbook in a .pub file to PMI Direct,

which handled printing and distribution of the Hrisko Workbook for Plaintiff, so that the Hrisko Workbook could be customized for whatever "brand" a particular seminar team was conducting seminars under.

/*The rest of this page is intentionally left blank.*/

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: September 6, 2013.

*Lisa Anderson* (signature)
Lisa Anderson

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9, 2013, I caused a true and correct copy of the foregoing **DECLARATION OF LISA ANDERSON IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** to be served via CM/ECF, to the following:

> Brent P. Lorimer
> Thomas R. Vuksinick
> David R. Todd
> Matthew A. Barlow
> WORKMAN NYDEGGER
> 60 East South Temple, Suite 1000
> Salt Lake City, Utah 84111
> **Attorneys for Plaintiff**

/s/ John A. Bluth