EXHIBIT C

# THREE DAY
# WORK SHOP





**DISCLAIMER:** We provide real estate education and training. We do not sell a business opportunity. We make no earnings or return on investment claims. As with most education, it is difficult to track and ascertain those who implement the training provided. Students who attend our weekend workshop have rated their education experience 4.75 out of 5. For advanced education success rates and student satisfaction ratings, please visit: http://yanceyevents.com/studentsuccessdisclosure. Additionally, we do not offer tax, accounting, financial or legal advice. Prior to undertaking any real estate transaction, we encourage you to consult your own accounting, legal and tax advisors to evaluate the risks, consequences and suitability of that transaction.

2

# LIFE IS ABOUT CHOICES!

*NOW IS THE TIME TO MAKE ONE OF THE MOST CRITICAL DECISIONS OF YOUR LIFE.*

*ARE YOU READY TO TAKE CONTROL OF YOUR FINANCES? IF YOU TAKE CONTROL OF YOUR FINANCES, IT WILL EMPOWER YOU TO SHAPE A NEW LIFE FOR YOURSELF!*
*ARE YOU COMMITTED TO SEEING YOUR CHOICES THROUGH THE END?*

# CONGRATULATIONS!



*YOU'VE MADE THE CHOICE TO ACHIEVE FINANCIAL FREEDOM!!*

*THE TIME HAS COME TO TAKE ACTION, PUT FORTH THE EFFORT AND MOVE YOURSELF FORWARD!!*

# FOUR GOALS

1. *REPLACE OR DOUBLE YOUR CURRENT INCOME WITHIN 12 MONTHS.*
2. *BE FREE OF CONSUMER DEBT WITHIN 12 MONTHS.*
3. *HAVE THE ABILITY TO ACCESS $200,000 IN LIQUID ASSETS WITHIN 24 MONTHS.*
4. *DEVELOP AT LEAST 7-9 SOURCES OF INCOME WITHIN 24 MONTHS AND BE FINANCIALLY INDEPENDENT AND READY FOR RETIREMENT!*

 

*These are goals we recommend to each of our students. Few of our students actually achieve these goals. As such, you may modify these goals in order to accommodate your specific circumstances, ability, and skill set.*

3

# THREE TYPES OF LITERACY:

- **ACADEMIC:** THE ABILITY TO READ & WRITE
- **PROFESSIONAL:** LEARNING A SKILL TO EARN
- **FINANCIAL:** LEARNING HOW TO HAVE MONEY WORK FOR YOU

## CREATING A LEARNING ENVIRONMENT:

THE CONE OF LEARNING:

10-30% OF KNOWLEDGE IS RETAINED BY WHAT WE **READ, HEAR & SEE.** 90% OF KNOWLEDGE IS RETAINED BY WHAT WE **SAY AND DO.** WE RETAIN THE MOST KNOWLEDGE WHEN WE LEARN THROUGH "**HANDS ON**" TRAINING.

"The Higher Your Financial IQ The Less Money It Takes To Become Rich"

**After 2 weeks we tend to remember...**

**10%** of what we READ
**20%** of what we HEAR
**30%** of what we SEE

**50%** of what we HEAR and SEE

**70%** of what we SAY

**90%** of what we both SAY and DO

Reading
Hearing Words
Looking at Pictures

Watching A Movie
Looking at an Exhibit
Watching A Demo
Seeing it Done

Participating in a Discussion
Giving A Talk

Doing A Dramatic Presentation
Simulating The Real Experience
Doing The Real Thing

4

# THREE TYPES OF LITERACY:

1. **ACADEMIC:** THE ABILITY TO READ & WRITE
2. **PROFESSIONAL:** LEARNING A SKILL TO EARN
3. **FINANCIAL:** LEARNING HOW TO HAVE MONEY WORK FOR YOU

### *GROUP DISCUSSION GUIDELINES:*

- *CHOOSE A DISCUSSION LEADER*
- *EVERYONE PARTICIPATES*
- *POSITIVE DISCUSSIONS*
- *TAKE NOTES FOR SHARING*
- *CLOSE DISCUSSION*
- *THANK EVERYONE!*



NOTES:_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

5

# WHY ARE YOU HERE?

1.  *GET OUT OF "BAD" DEBT*

2.  *SECURE FUTURE / RETIREMENT*

3.  *GET OUT OF THE RAT RACE*

4.  *IMPROVE LIFESTYLE*

5.  *FINANCIAL FREEDOM*

6.  *MONEY-MAKING MACHINE*

*"I am concerned that too many people are focused on Money and not their Greatest Wealth, which is their Education"*

# CONTEXT FIRST...THEN CONTENT



**CONTEXT**

**CONTENT**

6

# DISCUSSION

*DISCUSS THE DIFFERENCE BETWEEN THE MINDSET OF THE "EMPLOYEE" VERSES THE MINDSET OF THE WEALTHY*



NOTES:_____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

# THREE TYPES OF MINDSET:

**The Poor**
- *Believes Government Will Support Them*
- *Consume Everything They Earn*
- *Live Pay Check To Pay Check*

**The Middle Class**
- *Believes In Good Education, High-Paying Job, Home Ownership & Saving For Retirement*
- *Turn Their Money Over To "Financial Experts"*

**The Wealthy**
- *Entrepreneurs*

# 7 IMPORTANT QUESTIONS



1.  **WHAT IS MY MY PROJECT & INITIAL COST?**

2.  **WHAT IS MY RETURN?**

3.  **WHAT IS THE UPSIDE?**

4.  **WHAT IS THE DOWNSIDE?**

5.  **WHAT IS THE BEST CASE SCENARIO?**

6.  **WHAT IS THE WORST CASE SCENARIO?**

7.  **HOW CAN I HANDLE THE WORST CASE SCENARIO?**

### YOU ARE BUILDING THE FOUNDATION FOR YOUR SUCCESS!

**ALLOW YOURSELF TO HAVE A LIFE CHANGING EXPERIENCE THIS WEEKEND!**

# WHAT IS IT GOING TO TAKE?

- **EDUCATION** (Time to learn the business)

- **MENTOR** (To help you get your business started)

- **ACTION** (To plan the systems)

- **POWER TEAM** (To do the work)

## A MENTOR IS THE KEY TO FINANCIAL FREEDOM!



**THE POWER OF A MENTOR,** Amateurs might not have coaches but professionals do. One of the most important steps you can take, upon becoming a successful real estate owner, is to set aside any discomfort you might have about asking for help. Seek out role models and learn from them!

*"You don't need to know every answer, but you do need to know who to call for the answer. Call on a **MENTOR** to help you get started!"*

**Who's Sick And Tired Of Being Sick And Tired???**

## DEFINITION OF INSANITY:

Doing The Same Thing Over And Over, Day After Day Expecting Different Results!!

# WHAT IS IT GOING TO TAKE?

***Our Weekend Goals:*** *Show You How To Get* **THE EDGE**
*Show You How To Create* **A  FULL-TIME LIFE**, *Not A FULL-TIME JOB!*

# Some Unsettling Statistics

- American workers are $6.6 trillion short of what they need to retire comfortably.

- More than 50% of all American households are at risk of not being able to maintain their current standard of living in retirement.

- 1 out of every 6 senior-citizens live below the poverty level of income.

- A 65-year-old couple retiring in 2012 is estimated to need $240,000 to cover medical expenses throughout retirement.

## Where Will You Be At Age 65?



- ***2% are wealthy***

- ***6% are independent***

- ***29% are still working***

- ***6% have died***

- ***57% ARE DEPENDENT ON FAMILY...***

  ***FRIENDS, OR GOVERNMENT!!!!!!!!!***

10

# The Cost of a College Education

| | |
|---|---|
| **Dartmouth University** | **$30,252** |
| **University of North Carolina** | **$36,526** |
| **Brown University** | **$46,060** |
| **Harvard University** | **$46,450** |
| **University of California** | **$41,028** |
| **Your local or state university** | **??????** |

*WHAT WILL YOUR RETURN ON THAT PURCHASE BE?*

## www.entrepreneur.com/franchise

| | |
|---|---|
| **Subway** | **$213,000** |
| **Curves** | **$41,000** |
| **Quizno's** | **$200,000** |
| **7-Eleven** | **$83,000** |
| **Jackson Hewitt** | **$75,000** |
| **UPS Store** | **$239,000** |
| **McDonald's** | **$1,600,000** |
| **Jani-King** | **$34,000** |
| **Dunkin' Donuts** | **$1,400,000** |
| **Baskin-Robbins** | **$527,000** |

WE WILL SHOW YOU A BETTER WAY!

11

# ARE YOU COACHABLE?

### Will You Allow Us To Coach You?

If We Can Show You Strategies That Will Guarantee Your Success, Will You Follow Our Directions?

If We Can Create A Game Plan That Builds Upon Proven Techniques For Building Wealth, Will You Make A Commitment To Your Future?

Will You Step Forward And Become A Leader And Create A Legacy For Your Family?



# UNDERSTANDING REAL ESTATE:

- **Creates Multiple Sources of Cash Flow (Income).**
- **Quick Chunks Of Cash.**
- **Long Term Holds Build Wealth.**
- **Creates Tax Benefits.**



# WHAT'S HOLDING YOU BACK?

*ARE YOU AFRAID OF CHANGE???*

*YOU NEED TO BE AFRAID OF STAYING THE SAME!!!*

# TAKE ACTION NOW!!!

*Just Say No To Excuses!*

*You Must Believe It To See It ˑ And See It To Achieve It!*

# THIS COUNTRY HAS 3 CLASSES OF PEOPLE:

- *RICH*
- *MIDDLE CLASS*
- *POOR*
- *WHICH CLASS IS SHRINKING?*

  

13

 **Holds People Back**

**F** · **False**
**E** · **Evidence**
**A** · **Appearing**
**R** · **Real**



NOTES:_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

# CONTINUING EDUCATION:

- **Industrial Age**
- Formal Education
- Teaches You How To Get A Job And Earn A Living.

- **Information Age**
- Advance Education
- Teaches You How To Create Wealth For A LIFETIME!!

## *KNOWLEDGE IS POWER ?*

- Your Foundation, The Platform On Which Your Future Will Be Built Is Knowledge.

- The More Knowledge You Have, The Deeper Your Foundation.

- The Deeper Your Foundation, The Higher Your Ultimate Reach.

## *KNOWLEDGE BUILDS CONFIDENCE AND DESTROYS FEAR!*



*"The Secret To Building Wealth Is Knowing Things Other People Don't Know And Acting Upon Them"*

NOTES:_____
_____
_____
_____
_____
_____
_____
_____
_____

# THREE TYPES OF INCOME

- **EARNED INCOME:**
  - Trading Time for Money
  - Get paid once
  - Strategies: Wholesale, Foreclosure, Rehabs
- **PASSIVE RESIDUAL INCOME:**
  - Doing something once and getting paid over and over again
  - Moves you toward retirement and your dreams
  - Strategies: Rentals & Lease Options
- **PORTFOLIO INCOME:**
  - Money Making Money!
  - Allows you to leave a legacy.

# *Introducing Wholesale...*

Example Only

- Sometimes Deal Contractors?

- Property Worth $100,000

- How Much Money For Repairs?

- Make $5,000 (Minimum)

- 6 Hours Total

- Over 4-6 Weeks

- How Much Is That Per Hour?

- **$833.33 per HOUR!!!!**

- How Long Would You have To Stay In Your Job To Make $800 Per Hour?

- When You Make That, Will You Retire From You JOB?

## Would $800 Per Hour Make A Difference? A Little or A Lot?

*This "no money down" concept is a real estate technique called "wholesaling," where a buyer assigns a contract to a third-party buyer for a fee. This is a hypothetical example only. Wholesale fees can range from $1 to $10,000 per transaction. Applying the education strategies behind wholesaling requires times, energy, and commitment.*

16

# PASSIVE INCOME

1. *Mobile Homes*
2. *Duplexes*
3. *Lease Option*
4. *Single Family Homes*
5. *Apartments*
6. *Commercial*
7. *Storage Units*



# PORTFOLIO INCOME

1. *CD*
2. *Stocks*
3. *Tax Liens*
4. *Options*
5. *Discount Notes*
6. *Owner Financing*
7. *Bank Loans: Earn $1 For Every Dime You Loan Out*



Using Specialized Knowledge (7-9)
To Create Multiple Sources Of Cash
=

# DOVETAILING!

# THE CIRCLE OF WEALTH

**Are You Ready To Change Your Financial IQ?**

NOTES:

# FIVE INGREDIDENTS FOR SUCCESS...

## IN REAL ESTATE & BUSINESS:



- SPECIALIZED KNOWLEDGE
- TOOLS OF A PRO
- CHANGES IN ATTITUDE
- MONEY
- MENTOR

# WEALTHY PEOPLE THINK DIFFERENTLY...

### Middle Class

- Good Education
- Seek Job Security
- Work For Money
- Plan For Next Paycheck
- Worry About Raises
- Buy Big House
- Small R. E. Purchases
- Save Money
- Use Their Own Money
- Don't Take Risk

### Wealthy People

- Invest In Good Education
- Build A Business
- Money Works For Them
- Wealth For 3 Generations
- Excited Building Wealth
- Buy Income Property
- Large R.E. Purchases
- Use Money / Leverage
- Take Calculated Risk

*"Knowledge Replaces Money"*
*"Invest in a Good Financial Education"*



19

# FOUR WAYS TO MAKE MONEY IN REAL ESTATE:

1. APPRECIATION
2. TAX ADVANTAGES
3. CASH FLOW
4. EQUITY



# THREE WAYS TO CREATE EQUITY:

1. REDUCE DEBT
2. BUY AT A DISCOUNT
3. FORCE APPRECIATION



# TOOLS OF A PRO:

1. BUSINESS PLAN
2. BUILD A WEALTH TEAM
3. SUCCESS SYSTEM SOFTWARE



# ATTITUDE:

You are the direct result of the people you spend the most time with, so surround yourself with positive, successful people from all walks of life who will guide you to your dreams.

# CREDIT HISTORY REVIEW

*"The Simple Fact Is– You Multiply Your Purchasing Possibilities If You Establish & Maintain Good Credit."*

**CREDIT:** *Trust In One's Integrity In Money Matters And In One's Ability To Make Payments When Due.*

*-Webster's New World Dictionary*

**CREDIT SCORES:** *Credit Scores Are Generated By A Compilation of Reports From Three Major Credit Reporting Agencies:*

**Equifax, Experian & Trans Union**

## GRADING RANGES:

- **A CREDIT:** 670-850
- **B CREDIT:** 620-669
- **C CREDIT:** 580-619
- **D CREDIT:** 579-BELOW

## UNDERSTANDING THE NUMBERS:

- **Credit Scores Range From 300-850**
- **Credit Information Considered:**
    - Payment History
    - Amount Owed
    - Length of Credit
    - New Credit
    - Types of Credit

21

# FUNDING YOUR BUSINESS:

**Which is Easier? Earning Seed Capital or Raising Seed Capital?**

*"The Wealthy Learn How To*
*LEVERAGE Money*
*To Make Money"*

# SOURCES OF SEED CAPITAL::

- PENSION PLAN
- FRIENDS / FAMILY
- FEDERAL / STATE / LOCAL GOVERNMENT
- LIFE INSURANCE POLICY
- 401K- 30 DAYS OR LESS
- FHA & VA

- SELLER FINANCE
- PERSONAL BANK LOANS
- EQUITY FINANCING
- MONEY PARTNERS
- CREDIT CARD FINANCING



# CREDIT CARDS:
## YOUR NEW DEFINITION
# OPM
- Immediate Access to Cash
- Use For Short Term, High Yield Purchases

*As with any investment, investing in real estate involves a certain amount of risk. There is no guarantee you will make money on a give real estate transaction, and it is possible to lose your entire investment. Prior to undertaking any real estate transaction, you may consult your own accounting, legal and tax advisors to evaluate the risks, consequences and suitability of that transaction.*

22

# CREDIT CARD REVIEW:

- **Sign Credit Cards with: "See Photo ID"**
- **Choose Major Credit Cards:**
    - *Visa, MasterCard, AmericanExpress, Discover*
- **Complete the Following Assignment Every Three Months**
- **Call All of Your Major Credit Cards And Ask the Following:**
    - What is My Current Credit Limit?
    - What is My Current Balance?
    - What is My Current Interest Rate?
    - Do I Have Fees With My Account?
    - I Need An Immediate Increase In My Credit Limit!
    - I Need My Interest Rate Lowered!
    - I Need My Fees Waived!

# NEED TO ESTABLISH CREDIT?

- www.ToolsOfAPro.com
- American Express Blue 1-800-641-2400
- Citibank 1-800-456-4277
- Discover 1-800-Discover
- Chase 1-800-432-3117
- Fifth Third 1-800-972-3030
- Household Credit 1-800-685-9080
- Credit One Bank 1-800-752-5493
- First Premier Credit Card 1-800-987-5521



Credit Card Disclaimer:

*The Company, it partners, vendors, and contractors are not affiliated with MasterCard, Visa, American Express, Discover, Diner's Club, or Capitol One. These companies have not endorsed the Company, and their logos and other intellectual property, are registered trademarks and are protected by U.S. and international laws.*

23

# THE POWER OF A MENTOR:

- **Someone Has <u>Heard</u> What You Have Not.**
- **Someone Has <u>Seen</u> What You Have Not.**
- **Someone <u>Knows</u> What You Do Not.**

## Your Success Depends On Your Willingness To Be Mentored By Them!

### LUNCH-TIME ASSIGNMENT:



- Credit Card Challenge

- Begin Establishing Business Lines of Credit. Goal is $50,000 Seed Capital For Your Real Estate Business.

- Read the ADVANCED PACKAGES Course Catalog. Choose Seven Sources of Cash Flow That Interest You. Determine Circle of Wealth.

- Read About: Boots on the Ground 3-Day Live Mentor Program



24

# Wholesale Buying

- **Wholesale Advantages**
  - *Requires very little money and no credit.*
  - *Can generate quick chunks of cash.*
  - *You don't do repairs or deal with contractors.*
  - *You don't need a license.*
- **Wholesale Disadvantages**
  - *You are limited to houses that can be bought well below FMV.*
  - *One payday on each property.*

## Many Owners Do Single Family Homes

### Step by Step Plan

- Find the Property
- Run the Numbers
- Find the Owner
- Negotiate the Contract
- Find the New Buyer
- Assign or Simultaneous Close
- Drive to the Bank!

*"Just go out there And do what you've got to do."*
Martina Navratilova

| <u>Techniques or Locating Properties</u> | <u>Techniques for Finding Owners</u> |
|---|---|
| • Drive Target Market | • Ask Neighbors |
| • Bird Dogs | • Postal Service |
| • Run Your Own Classified Ads | • Tax Rolls |
| • Realtor | • Skip Tracer |

25

# Examples of Wholesale Buying:










NOTES:_____

_____

_____

_____

_____

# Examples of Wholesale Buying:






NOTES:_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

# Wholesale Buying

### THE CONTRACT

**Four Clauses**

1. The Right To Show
2. Escape
3. Find End User
4. Negotiation



*"If You Are Not Embarrassed By The Offer You Made, You Offered Too Much "*

## ASSIGNMENT THEORY AND VERBIAGE

- Mechanics: *John Doe, And /or Assigns*
- My New Last Name
- Your New Last Name
- _____

NOTES:_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

# Wholesale Buying

## Choosing a Realtor

1. *How long have you been in real estate?*
2. *Do you specialize in any type of real estate or part of town?*
3. *Do you depend upon real estate for a living?*
4. *Do you have banking or funding connections?*
5. *Do you purchase real estate for a profit?*
6. *Is this a good time to buy real estate?*
7. *Can you provide me with references?*

## Understanding MLS, CMA, ARV & MAO:

**MLS:** Multiple Listing Service is a Real Estate listing service that combines the listings for all available properties in an area, except For-Sale-By-Owner (FSBO) properties, in one directory or database. In general access is restricted to licensed real estate agents.

**CMA:** Comparable Market Analysis is a comparison of prices of similar houses, with similar square footage in the same geographical location. Used to determine the property value for a buyer or a seller.

**ARV:** When an owner looks at the viability of a project, they must be able to estimate the value of the property after all repairs are completed, or the (ARV) After Repair Value. Costs should not exceed more than 30% of the ARV.

**MAO:** The Maximum Allowable Offer is a rule of thumb framework that provides the beginner real estate owner with a formula to determine a ceiling when making offers to sellers of distressed property

## Running the Numbers:

- **How to Determine the MAO (Maximum Allowable Offer)**
  - *ARV (After Repair Value)*
    - ◊ *Subtract Repair Costs*
    - ◊ *Subtract Purchase Costs (1%)*
    - ◊ *Subtract Holding Costs (3%)*
    - ◊ *Subtract Sales Costs (3%)*
    - ◊ *Subtract Minimum Acceptable Profit (20%)*
    - ◊ *Subtract "Fudge Factor" (3-5% of Sale Price)*



# Wholesale Buying

**SAMPLE POSTCARD**

Dear Property Owner:

My name is _____ and I am a local Real Estate Purchaser. My company buys properties in your area, any condition.

I noticed your property located at _____.

If you are interested in selling, please call me at:_____.

Sincerely,

John Doe

**Negotiate the Deal**

- I want to buy your house at 123 Main Street
- If I can close quickly and pay cash, What is the least amount you would be willing to sell the house for?
- Is that the Best you can do?
- So, If I can't pay $_____, We can't do business?
- Circle of negotiation.

**Market the Property:**

Gold Mine Newspaper Ad Example:

**"Handy Man Special! Must Sell!
3/2 Hurry!
Priced Right! Call 555-1234"**

Create a Buyers Frenzy!!!

**Build A Database:**

60-70% of Your Future Business Should Come From Your Database. Your Database is the life-blood of your business. The Gold Mine Ads will give you the opportunity to make excellent contacts. Create a checklist of questions to ask your potential buyers. Get to know who they are and what they are looking for. Ask them what type of properties they are looking for, what area do they want to buy in and the price they want to pay.

# Wholesale Buying

**How To Find Your New Buyer**

- Gold Mine Ads- Create Your Database!
- Database of Cash Buyers- Contact Everyone On That List!
- Have an Auction: *Create a Buying Frenzy And Assign to the Highest Bidder!*
- You Determine Your Price! *You Market the Property. First Buyer to Produce Wins!*

**If Things Fall Through**

- Escape Clauses
- Lose Earnest Money
- Ask for More Time
- Remarket the Property
- Save All Contacts Names

*"It Doesn't Take Your Own Money To Make Money, It Takes The KNOWLEDGE Of How To Use Other People's Money To Make Money"*

**Common Wholesale Mistakes**

- Buying in the War Zone
- Paying too Much
- Working with the Wrong Agents
- Letting $$, or Lack of $$ Hold You Back!
- Not Making Enough Offers.
- Not Building a Database!



**My New Last Name is And / Or Assigns!**

31

# Mapping Out Your Dreams & Goals!

- **In FIVE Years You Will Have Arrived, the Question is Where?**
    - Where Do You See Yourself in 5 Years?
    - Write Out a Detailed Description of What Your Dream Life Looks Like.
    - Include Goals for These Seven Areas of Your Life
        1. Financial Goals
        2. Career / Business Goals
        3. Education / Self Development Goals
        4. Family / Friends, Your Relationship Goals
        5. Fun / Your "Bucket List" Goals
        6. Health & Fitness Goals
        7. Contribution / Charitable Goals

- **ACTION Steps to Making These Dreams a Reality!!!**
    - Build Seed Capital Using the Credit Card Strategy!
    - READ "Who Moved My Cheese"
    - Choose 7-9 Specialized Strategies of Real Estate Purchasing
        - Refer to the Advanced Package Catalog
    - What Did You Learn About Yourself Today?

**When Opportunity Knocks On Your Door, Will You Be At Home?**



**The Greatest Losses Of All Are Those That Come From Missed Opportunities!**



If You Don't Take a Stand for Yourself, Who Will?

**YOUR SOMEDAY IS NOW!**

32

# Contract Negotiations

## Buyer's Verses Seller's Contracts:

**Buyer's:**
- Assignment
- Limited Liability
- Escape Clauses
- Negotiation
- Fixed items
- Remedies

**Seller's:**
- Obligated buyers
- No outs for buyers
- No Guarantees
- Penalties to buyers
- Advantages/seller
- Limitations on contingencies

## *Elements of a Contract:*

- *AN OFFER (TERMS: PRICE, TIMING)*
- *AN ACCEPTANCE*
- *COMPETENT PARTIES*
- *LEGAL PURPOSE*
- *WRITTEN DOCUMENTATION*
- *LEGAL DESCRIPTION*
- *CONSIDERATION*
- *SIGNATURE OF PRINCIPALS*
- *ADDENDUMS*

*Whoever **Controls** The Paper,*
***Controls** The Deal;*
*Whoever **Controls** The Deal,*
***Controls** The Money*
*And **The Outcome**!*

NOTES:_____

_____

_____

_____

_____

_____

_____

_____

# Contract Negotiations

## Contract Necessities:

- Contracts :Purchase & Sale
- Foreclosures
- Lease Agreements
- Rental Agreements
- Property Management
- Balloon Mortgages
- Equity Sharing Materials & Joint Ventures
- Land Trusts

- Mortgage and Notes
- Finding and Screening Property and Sellers
- Equity Sharing Agreements
- Corporation Set-up & Entity Documentation
- Option Agreements
- Agreements for Deeds
- Wholesale Contracts

## Addendums:

- Addendums Provide:
  - Protection
  - Negotiation
  - Limited Liability



## A Few Standard Addendums:

- This agreement is subject to the Buyer obtaining his/her partner's approval to this agreement at any time up until closing.

- This agreement is subject to the Buyers obtaining suitable financing for this trans-action, at the Buyers' discretion.

NOTES:_____
_____
_____
_____
_____
_____
_____
_____

34

# Securing the Financing

## Loan Application Package:

- Financial Statement
- Credit Report
- Federal Income Tax Return
- Statement About The Project (APOD)
- Rent Roll Statement

- Accepted Offer/ Contract
- Contractor's Estimates For Rehab
- Photos Of The Property
- Details On Other Purchasing Experience

## Five Types of Financing:

1. **HUD/FHA**- Insured
2. **VA**- Guaranteed
3. **CONVENTIONAL**- PMI
4. **Non-Conforming Low & No Documentation Loans**- Equity & A High Interest Rate
5. **SELLER LENDER**- Real Estate

NOTES:_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

# Lease Option

**Mission:** To Provide Affordable Housing To Good People Who Have Had Financial Challenges And Who Are Committed To Getting Their Life Back On The FAST TRACK.

**Purpose:** By Helping Those Committed To Helping Themselves We Create A Stronger Sense Of Community. This in turn Builds People's Self Esteem, Confidence And Belief In Themselves And in The Goodness of Others.

**This Creates A better Stronger & Safer Community For Us All To Live In**

**Vision:** A Community Built On Mutual Respect And Caring.
A Safe, Secure Environment In Which To Live And Raise Our Children

*Renters Into Owners, Never Put Yourself Out Of Business!*



*"Vision...Nothing Happens Unless First A Dream."*

*Carl Sandburg*

36

# Lease Option

## Advertisement:

- Low Down
- Lease With Option to Buy
- Poor Credit Ok
- Immediate Occupancy
- Address and phone number .

**Poor Credit OK!** You are looking for Good People with Poor Credit who are committed to getting their life back on track. People who might have experienced a downsizing, or a family illness or some temporary set-back in life. People who can afford a $2,300-$4,300 per month payment. Lease Option offers a win-win solution for you as an owner and for the family looking for another chance at home ownership.

## Telephone Script:

- What was it about the ad that got your attention?
- How much of an option payment can you afford to pay?
- What can you reasonably afford to pay for your monthly lease payment? (Test)
- "I am sure you would love to see this great property. By the way you will need to bring a $1,000 check/deposit with you on Sunday."

NOTES:

# Lease Option

## Structuring The Deal

1. Negotiable Lease, with option to buy
2. They do minor repairs, $250 or less
3. We do major repairs, $250 or more
4. Monthly Payment: +20-30% of FMV for rentals in area
5. Monthly Payment to be paid in addition to lease for a credit toward down payment ("What can you afford?")
6. Option payment of 3-7% of current price
7. They maintain interior insurance.
8. Negotiated future purchase price.



## Four Types of Lease Option Income

1. Non-refundable Option Payment (PCF)
2. Monthly income (PMCF) (+20%-30% of FMV on rentals)
3. Sale price is pre-negotiated and agreed upon by all parties (APPRECIATION)
4. Tax Advantages (Deferment of sale allows you to DEPRECIATE on your taxes)

## The Cost of Ignorance

*How Much Will It Cost You Every time You Make A Mistake Or Fail To Make A Deal? What If You Lost A One Million Dollar Deal Next Week Just Because You Didn't Have The Knowledge To Know What To Do? How Would That Feel? You Might Not Even Know It Happened!*



*"The Most Significant Change in a Person's Life is a Change in Attitude. Right Attitudes Produce Right Actions."*

*William J. Johnson*

38

# Lease Option

## *Examples of Lease Option Properties...*






NOTES:_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

# Rehab & Remodel

## *Steps to Quick Turns on Rehabilitation Property*



## 10 Steps to Success

1. BUY IT RIGHT
2. DO DUE DILIGENCE
3. RAISE CAPITAL X 2!
4. CLOSE THE PURCHASE
5. REHAB IT!
6. LOCATE PROSPECTS
7. PRESCREEN AND QUALIFY
8. CONSTRUCT OFFERS
9. FOLLOW UP
10. CLOSE!



*Money is One Form of Power, but what is More Powerful is Your Financial Education.*

*Money Comes and Goes... but if You Have Education About How Money Works You Gain Power Over it. Then You Can Begin Building Wealth.*

# Rehab & Remodel

## *Plan Your Work . . . Work Your Plan*

- Do all the demolition inside first!
- Then do the outside to attract attention
- Sell while doing the inside work
- Buyer pre-approved
- Do not let sub-contractors do work without permitting
- Beware of sub-contractors that want to work nights and weekends
- Estimate how long it will take the sub-contractors to do the work

**Permits**

1. Structural
2. Electrical
3. Roof
4. Plumbing
5. Windows

**What Three Rooms Are The Most Important?**

1. Kitchen
2. Master Bedroom
3. Bathrooms



## *The 3 Major Areas That Cost The Least...*
## *But Provide The Most Value When Fixing Up Are...*

1. Painting
2. Carpeting
3. Landscaping

- *When painting use neutral colors*
- *Drive through neighborhood see what other owners and builders are using/what is the current trend?*
- *Same color paint and carpeting throughout*

*YOU'VE ALL BEEN TAUGHT...*
*IF YOU WANT THE JOB DONE RIGHT,*
*DO IT_____*
THAT WILL KEEP YOU ON
THE SLOW TRACK!!



41

# Rehab & Remodel

## *Pay Special Attention to....*

- Roof
- Foundation
- Leaks
- Ceiling Repairs
- Plumbing
- Kitchen /Appliances
- Electrical
- Exterior doors/locks
- AC/furnace
- Driveway
- Dry rot

- Cosmetic Repairs
- Latex Paint
- Replace Glass
- Floor covering
- Drywall repairs
- Interior doors
- Odor issues
- Yard clean-up
- Light fixtures
- Closet organizers

## *Hiring a Contractor...*

*Clearly spell out payment schedule (This will vary depending on the size of the job & the region, typically one third down and balance on completion)*

*If you are not planning to rent the property consider offering 50% up front and 50% when the property sells. Never make the final payment until the job is 100% complete*

*Agreement should stipulate that all changes must be in writing and signed by both parties*

*Most People Spend their lives compromising their Health in order to become Wealthy Then they spend their Wealth to get try and get back their Health*



### *Hire Licensed Professionals*

- Certificate of Insurance? (Is it Active?)
- 3 Types of Insurance.
    - Property Damage
    - General Liability
    - Workman's Compensation
- One Million Dollar Umbrella, YOU/CO.

42

# Rehab & Remodel

## *Rehabbing Tips....*

- *Countertop burns*
- *Use bleach for cleanup instead of expensive cleaning products/removes mold & mildew*
- *Odors, Find source and remove*
- *Odoban*
- *Top of the line self priming paint*

- *Before you buy paint... check if old paint is oil or latex*
- *Oil over latex but not latex over oil*
- *Scratch & Dent Appliances*
- *New Front Door*
- *Window Treatments*
- *Dye Carpet*



Examples of Property Rehabs...









NOTES:_____

_____

_____

_____

_____

_____

# Foreclosures

## *Foreclosure Triangle...*

**Pre-Foreclosure**





**Real Estate Owned (REO)**          **Court House Auction**

## Foreclosure:

- Letters
- Door Knocking
- Foreclosure Advisor
- Problem Solved
- 10 Day Stampede
- Legal Process
- Laws Changing

**Wealth Building**
Through Foreclosures
One Pre-Foreclosure
Will Make You
**At Least $30,000**



44

# Foreclosures

### *Best Foreclosure Stage to Buy in is Pre-Foreclosure.*

## Pre-Foreclosure for Three Reasons
- Less Competition
- Less Money
- Time

## Foreclosures
### Nice Homes Owned
# 5-7 Years

### *The Default:*

1. *Lender Does Not Receive The Regular Monthly Payments.*
2. *Property Taxes & Assessments Not Paid.*
3. *Insurance Not Maintained.*
4. *Covenants & Restrictions Of The Deed Not Complied With.*

### *The Sequence:*
- *Delinquency Notice*
- *Notice Of Default*
- *Reinstatement Period*
- *Date Of Publication*
- *Date Of Sale*
- *Deficiency Judgment*

## REO Sources:

- Institutional Lender
- Government Agencies
- Private Lenders



NOTES:_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

45

# Foreclosures

## Hypothetical Pre-Foreclosure Example



**Pre-Foreclosure**

| | |
|---|---|
| Loan Balance | $65,122 |
| Loan Balance 2nd | $ 3,153 |
| Back Payments | $ 6,269 |
| Cash to Seller | $ 5,000 |
| **Total Owed on House=** | **$79,544** |

**ARV = $140,000**

| | |
|---|---|
| **Total Owed on House=** | **$79,544** |

Title Search Results:

| | |
|---|---|
| Lien (Auto Accident) | $ 5,536 |
| Lien (Bail Bond) | $ 4,500 |
| Lien (Miscellaneous) | $14,070 |
| **Total Liens=** | **$26,106** |

**Total of Everything= $105,650**

The Buyer told the seller they needed to back out. The seller accepted $2,000 rather than $5,000

**"Junior Lien Training"**

| | |
|---|---|
| Lien (Auto Accident) | _____ |
| After = | _____ |
| Lien (Bail Bond) | _____ |
| Forgiven= | _____ |
| Lien (Miscellaneous) | _____ |
| Expired= | _____ |
| **Updated Total Liens=** | _____ |
| **Total Owed on House=** | _____ |

# Foreclosures



*SUCCESS:*

*If You Know There is a Gold Mine
Don't Be Worried About the Price
Of the Shovel!*

# WHAT DID YOU LEARN????

**AT ALL COSTS...STAY IN THE PRE-FORECLOSURE PORTION OF THE TRIANGLE!**

*THE FURTHER DOWN YOU GO IN THE CYCLE...THE LESS CONTROL YOU END UP HAVING!*

# Asset Protection

**"Spend whatever it takes to be the safest and most secure. Then spend whatever it takes to stay that way."** *Warren E. Buffett, Chairman, Berkshire Hathaway Inc.*



*Disclaimer:*
*I Am Not An Attorney Or An Accountant:*
*All Information I Give Is For Educational Purposes Only.*
*Seek Legal and Accounting Advice from Licensed Professionals*



**Business Legal Structure:** Every business must have a legal structure. There are four primary structures of For-Profit Businesses. To get the best advice on which legal structure is right for you, consult with your CPA, or Real Estate Attorney

**1) Sole Proprietorship:**

- Advantage:  Simplest to set up and dissolve & generally the least costly.
- Disadvantage:  Unlimited liability and responsible for all business debts.
- Profits are reported on your personal income tax return.
- Register Fictitious Name (DBA).
  - Valid for 5 years.
- Commercial Checking Account

**2) Partnerships:**

- Two or more persons who agree to share business ownership.
- Each partner contributes money, labor, and/or property, and each partner shares the profits and losses on their individual tax returns.
- General - at least one partner has unlimited liability.
- Limited – limits to personal liability of each partner.

**3) Corporations:**
- Provide greater protection from personal liability.
- "C" -Unlimited number of shareholders.  Corporation pays tax on net earnings, and shareholders pay personal tax on any dividends.  Shareholder cannot deduct corporate losses from their personal returns.
- "S" -Limits number of shareholders to 75.  Treats corporate profits as personal income, taxable to shareholders. Avoids double taxation.

**4) Limited Liability Company**
- Hybrid combining  some of the attributes of a corporation and tax status of a partnership.



Courage Is An Opportunity
Presented To Us All To
Shape A Vision Into Reality.

Will You Stand In The Shadows Or
Step Forward And Become A Leader?

You Clearly Have The Choice.

It's In Your Moments Of Decisions
That Your Destiny Is Shaped.

*-Anthony Robbins*



48

NOTES:_____

_____

# Commercial Real Estate

**Commercial Purchases.** *Typically Have a Higher Risk But, A Great Return! Changes In Lending Qualifications. The Tenants Often Pay Expenses And Maintenance (Triple Net Leases)*



NOTES:_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

NOTES:_____

NOTES:_____

NOTES:

# Script For Credit Card Negotiations

### Step One: Increasing Lines of Credit
**Student**: Hi, I'm calling to make some adjustments to my card. First, what is my credit line limit?
**Operator**: You current credit card limit is $_____
**Student**: I'm going to be making a significant purchase and rather than using more than one card, I would like to use this as my primary credit card. In order to do so, I will need to raise my limit.
**Operator**: How much would you like?
**Student**: What are you authorized to offer me? *(If they offer less than you are looking for, continue to negotiate through Steps Two and Three, then ask to speak to a supervisor, outlined in Step Four)*

~OR~

**Student**: I would like to increase my limit to $_____.
**Operator**: I can raise your limit to $_____ *(If this is acceptable, move to Step Two)*

~OR~

We will get back in touch with you in 72 hours, etc.

~THEN~

**Student**: What can you do for me today?
***If their response is not acceptable to you…***
**Student**: Thank you for your assistance. Now, I would like to speak with a supervisor. *(Return to script, and begin again)*

### Step Two: Decreasing Interest Rates
**Student**: What interest rate am I currently paying?
**Operator**:_____
**Student**: I would like that interest rate lowered immediately.
***If they do not decrease your interest rate to an acceptable level:***
**Student**: *(Use this technique only if you receive offers in the mail)* I'm confused…I received an offer in the mail for____percent interest. I realize this is an introductory offer, but in order for me to be comfortable using this as my primary card, I would think you could be more competitive. Can you reconsider or meet me at least part way for a limited period of time?
**Operator**: We could go down to_____ for _____months.
**Student**: Thank you so much!

### Step Three: Eliminating Annual Fees
**Student**: Am I currently paying an annual fee for this card?
**Operator**: You are paying $_____per year.
**Student**: What benefit(s) am I receiving for this fee?
**Operator**: You are receiving_____.
***If You Are Paying Just For The Privilege Of Holding The Card***
**Student**: I would like that fee credited or discontinued.
**Operator**: Okay

### Step Four: Negotiating With A Supervisor (When Negotiations are Unsatisfactory)
**Student**: Thank you for your help. Now, I would like to speak to a supervisor.
***When A Supervisor Gets On The Line:***
**Student**: Hello, I have been speaking with one of your representatives, but I need some additional assistance. *(Continue negotiations, beginning with Step One, as appropriate)*

## Credit Card Worksheet

Your Name: _____

| | Last 4 Digits: | Last 4 Digits: | Last 4 Digits: | Last 4 Digits: |
|---|---|---|---|---|
| Card Type (Visa/Amex/MC/Disc): | | | | |
| Current Limit: | $ | $ | $ | $ |
| New Limit: | $ | $ | $ | $ |
| Current Balance: | $ | $ | $ | $ |
| New Available Balance: | $ | $ | $ | $ |
| Amount Balance Raised: | $ | $ | $ | $ |
| Current Interest Rate %: | % | % | % | % |
| New Interest Rate %: | % | % | % | % |
| % Lowered: | % | % | % | % |
| Annual Fee: | $ | $ | $ | $ |
| New Annual Fee: | $ | $ | $ | $ |
| Fees/Interest Rates: | $ | $ | $ | $ |
| Balance Transfer: | | | | |
| Courtesy Checks: | | | | |
| Wire Transfer: | | | | |
| Convenience Checks: | | | | |

The 7 Levels Deep Exercise Can Be Used For Anything, I Have Added a Sample Question For You to Start With:

# What is important to you about achieving the ideal you?

What is important to you about becoming a successful real estate investor?

Why is it important for you to _____?

Enter your answer from the above box in this question

Why is it important for you to _____?

Enter your answer from the above box in this question

Why is it important for you to _____?

Enter your answer from the above box in this question

Why is it important for you to _____?

Enter your answer from the above box in this question

Specifically, why is it important for you to _____?

Enter your answer from the above box in this question

Why is it important for you to _____?

For a snapshot, rewrite each of your answers here.
The last box on each of these sheets is your big "WHY"

# Here is an Example of how the questions work.

## What is important to you about achieving the ideal you?

What is important to you about becoming a successful real estate investor?

> make more money.

Why is it important for you to ___make more money___?

Enter your answer from the above box in this question

> get out of debt.

Why is it important for you to ___get out of debt___?

Enter your answer from the above box in this question

> stop working so hard to pay someone else.

Why is it important for you to ___stop working...___?

Enter your answer from the above box in this question

> Because I want to do things in my life with the fruits of my labor.

Why is it important for you to ___do things in your...___?

Enter your answer from the above box in this question

> To take care of my mother who is widowed and needs help.

Specifically, why is it important for you to ___take care of...___?

Enter your answer from the above box in this question

> Because she sacrificed everything to send me to college and I want to make sure she is taken care of in her Golden years.

Why is it important for you to ___take care of her...___?

> Because I want to be in control of my life so I can help those around me (who can't help themselves) know they are precious, worthy and loved.

**In Summary,** what is important to you about becoming a successful real estate investor?

**The Big Why Is:** So you can be in control of your life and help those around you (who can't help themselves) know they are precious, worthy and loved.

# Who Moved My Cheese?

**The World's #1 Bestselling Book On Change • Over 24 Million copies worldwide**



❖ Read the book "Who Moved My Cheese" by Spencer Johnson

❖ Buy The Book or

❖ Download the book at:
http://www.nr.edu/ite105/docs/WHO_MOVED_MY_CHEESE_eBook.pdf

## Come prepared to discuss the following questions in class:

What did I learn from the book?

_____

_____

_____

I am now committed to do the following:

_____

_____

_____

What character do I relate to now? _____

What character do I want to become? _____

What will happen if I do not change?

_____

_____

ENJOY!

<u>**Mission-Purpose-Vision-Value Homework:**</u>

**Mission: WHAT you are here TO DO.** A **mission statement** is a written declaration of ones specific focus that may shift over time as goals are achieved and you grow.  It answers the questions "**What** do I do?" and "**For whom** do I do it?"

**Purpose: WHY you are here, what you are here TO BE.**  Without a Powerful Purpose a Powerful "WHY", you will not be motivated to take action and fulfill your **Mission.**

**Vision: What WE SEE as possible for ourselves, for others, for community and for the world.**
Vision is the manifestation of your realized mission and purpose; it's the bigger picture of where you see yourself in this master plan.

**Value: What we VALUE most in our life experience when interacting with family, people, clients, etc.**
Values are the foundation of your Mission Statement and must be solid. *Examples: Integrity, Honesty etc.*

**Your Mission, Purpose, Visions and Values** are all interconnected. You can imagine each statement as forming a circle, each fueling the motivation for the next. Use the following questions to help shape your Mission-Purpose, Vision and Values.



**Questions to Help You Create Your Mission-Purpose-Vision-Values:** *Use additional paper if necessary.*

<u>Performance:</u>

I am at my personal best when?

_____
_____

I am at my worst when?

_____
_____

<u>Passion:</u>

What do I really love to do at work?

_____
_____

What do I really love to do in my personal life?

_____
_____

<u>My Natural Talents Are:</u>

_____
_____

<u>Imagination:</u>

If I had unlimited time and resources, and knew I could not fail, what would I choose to do?

_____
_____
_____
_____

<u>Vision:</u>

Imagine your life as an epic journey with you as the hero/heroine of the story. What do you imagine your journey to be about? Complete the story by describing what you are doing, who is it for, why you are doing it, and what the journey's results are.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Character:**

Imagine your 80th Birthday, who will be there with you? What tribute statement would you like them to make about your life?

_____
_____
_____
_____
_____
_____

**Contribution:**

What do I consider to be my most important future contribution to the most important people in my life?

_____
_____
_____
_____
_____
_____

**Conscience:**

Are there things I feel I really should do or change, even though I may have dismissed such thoughts many times? What are they? *List 3 Things.*

1. _____
2. _____
3. _____

**Influence:**

Imagine you could invite to dinner three people who have influenced you the most—past or present. Write their names and one quality or attribute you admire most in each person.

1. _____
2. _____
3. _____

**Balance:**

Let's think of balance as a state of fulfillment and renewal in each of the four dimensions: physical, spiritual, mental, and social/emotional. What are the single most important things you can do in each of these areas that will have the greatest positive impact on your life and help you achieve a sense of balance?

1. Physical: _____
2. Spiritual:_____
3. Mental:_____
4. Social/Emotional:_____

**MULTIPLE STREAMS OF INCOME
THROUGH REAL ESTATE INVESTMENT**

<u>**EARNED INCOME STREAMS:**</u>
**Short term/Quick turns**
- Pre-construction, government grants
- Wholesale
- Wholesale Assignment
- Foreclosure
- Discount Notes – working as an Intermediary
- Options – Commercial & Residential
- Rehabbing
- Remodeling – forces appreciation
- Land Development – Domestic
- Land Development – International
- Home Staging

<u>**PASSIVE RESIDUAL INCOME STREAMS:**</u>
**Recurring Income through Monthly Payments**

- Single family home rentals
- Duplex, Triplex, 4-plex rentals
- Section 8 Land lording
- Lease Option Homes
- Commercial: Multi-unit apartment buildings
- Commercial:  Storage units, Office Building, Strip Malls, etc.
- Property Management: Collect 10% of Gross Rents in Management Fees
- Mobile Home Rentals
- Mobile Home/RV Lots

<u>**PORTFOLIO INCOME STREAMS:**</u>
**Your Money is making Money for YOU!**

- Creative Financing: Seller Financing
- Discount Note Buying
- Tax Liens & Deeds
- Private Money Investor: mid-term Lending on Deals to Investors – Hard $ Lender
- Other Interest Bearing Accounts:_____

**\*\*\* Be certain to <u>add Creative Finance & Asset Protection</u> to all income
development plans and advanced training programs!!!\*\*\*\***

# Profit Team Interview Questions

## Realtor:

Opening phone call: "I am a Real Estate Investor (REI) specializing in income producing properties, single family to 50 units typically. I like cosmetically distressed. We have our own repair crews. We target motivated sellers flexible with terms. We can buy at their price with our terms. However, we can pay cash for the right deal. Who in your office exclusively does properties like these?" If there is someone, set appointment.

**At appointment:**

- Do you serve REIs?
- How many do you work with?
- Are you familiar with no money down techniques?
- How many no money down techniques do you know? Which ones?
- Do you invest yourself? Would you like to invest with partners occasionally?
- What is your specialty?
- Are you familiar with the letter of intent tactic?
- How do you like to get paid when we rehab and rent?
- How would you like to make more money from less work? Can I show you how? Then explain that you will do the phone calling and faxing your letters of intent. When you get a house, the Realtor participates in the commission.
- Are you familiar with MLS automated queries? If Yes, set one up. If No, walk the Realtor through it. Some Realtors are good but not computer savvy.
- If I give you those queries, can you put set them up soon?
- Does your agency do property management?
- Do you think we can do business on this basis? If Yes, you now have a power team member.
- How can I make your work easier?
- Do you know any good RE Attorney's, CPAs or Insurance Agents? Have your power team recommend other team members. Good people know other good people.

# Mortgage Broker:

Opening phone call: "Does your company specialize in B, C, D paper and non conforming loans? (must be a YES to continue). Do you work with REIs? (must be a YES to continue). How many investors do you work with? If Yes to the first two questions, set an appointment.

**At appointment:**

For all of the following questions, we want to know what is your best/highest Lon To Value (LTV) available for:
(Notice we are not asking about interest rate)

|  |  | **LTV and Loan Product** |
|---|---|---|
| Owner Occupied: | Single Units |  |
|  | Duplexes |  |
|  | Triplex's/Quads |  |
|  | 5+ units |  |
| Non Owner Occupied: | Single Units |  |
|  | Duplexes |  |
|  | Triplex's/Quads |  |
|  | 5+ units |  |

- Is second mortgage money available?
- Is Equity Line of Credit available?
- Are Rehab monies available?
- Is New Construction money available?
- Do you have Cash Out Refinancing available?
  - When? How much?
- Do you have Hard Money? If NO, do you know who does?
- Do you have Stated Income, No Documentation loans?
- Do you have NENA, No Employment, No Assets loans?
- What areas of town are appreciating?
- What areas of town are rents increasing?
- What are the investors working with you doing? And where are they doing it?
- How can I make your work easier?
- What paperwork do you need from me?
- Are you a corresponding lender?
- Would you like me to bring you FHA buyers?

# Banker:

Opening phone call, ask for someone in the Commercial Banking Department: "Does your bank do 80/20 investment real estate loans? (must be a YES to continue). Will you allow the seller to hold the 20%? (must be a YES to continue). If Yes, set appointment.

**At appointment:**

- What does your bank specialize in?
- What type of real estate are you targeting?
- What is your maximum lending limit?
- What signature loan products do you offer?
- What New Construction products do you offer?
- What Rehab products do you offer?
- What CRA (Community Reinvestment Act) monies are available and where are they being applied?
- Who is responsible for the CRA within your bank?
- Can I refer CRA clients to you? If Yes, what debt to income ratio do you require?
- What Portfolio loan products do you offer?
- What CDBG (Community Development Block Grant) products are available?
- Can I get a copy of your bank's CDBG plan?
- For the people I refer to your bank, what kind of down payment and closing cost assistance do you offer?
- Can you provide a list of required documents that you will require pre-application?
- How can I make your work easier?
- What paperwork do you need from me and when?
- What other financial services does your Bank offer?
- Do you know any good RE Attorney's or CPA's?

# Title Company

Opening phone call: "Does your company work with REIs? (must be YES to continue). How many do you work with? (must be a good number 20-30 at least). If satisfied, set appointment.

**At appointment:**

- What is your fee schedule?
- How much lead time do you require?
- What documentation will you need?
- Do you do Title Peaks? If Yes, how much?
- Do you have pre-foreclosure information that we can access to help those folks?
- What areas are your investors in?
- When deals fail to close, can you forward the sellers contact information to us? We will close.
- Are their "flipping laws" in this state? If Yes, what are they?
- What paperwork do you need from me and when?
- What can I do to make your life easier?
- Do you sit on the boards of any Banks? If Yes, Can you make an introduction for me?

# CPA

Opening phone call: "I am a REI looking for a CPA who is also a REI, are you a REI or can you refer one to me?" If satisfied, set appointment.

**At appointment:**

- What type of property do you invest in?
- How much of it do you have?
- How many REI clients do you have?
- What is special about REI from a tax perspective?
- How do you handle year end? What do you need from me at year end?
- What penalties do REI usually encounter and how can we avoid them?
- How do you recommend I organize my books?
- (if Quickbooks, do you know the software and can you help me make the entries to get started?)
- Have you been through an audit with a REI client? If yes, what can I learn from his experience?
- Will you perform compliance and with what speed?
- How do you get paid and when?
- Can you offer entity creation advice?
- What paperwork do you need from me and when?
- What can I do to make your life easier?
- Do you sit on the boards of any Banks? If Yes, Can you make an introduction for me?

# Insurance Agent

Opening phone call: "I am a REI looking for an Insurance Agent whose company handles investment buildings. Does your agency handle investment buildings? (must be Yes to continue). If yes, set appointment.

**At appointment:**

- How many REI do you work with?
- What do you typically insure for them?
- Can you handle high deductible coverage? If so, how high?
- Can you handle; single family, duplexes, triplexes, quads, multi-family, office, warehouse, retail buildings?
- Can you handle business insurance?
- Can you handle umbrella insurance?
- What paper work do you need from me?
- What can I do to make your life your life easier?
- Do you sit on the boards of any Banks? If Yes, Can you make an introduction for me?

# General Contractor

Go to Home Depot at 6:00am in the morning. Hang around the Pro-Desk. Watch the parking lot for guys with nice trucks with the company name on it. You are looking for a company that is proud of themselves and their work. Stop and interview those guys who look and sound like they quality people.

Home Depot Interview: "Pardon me, I am a REI looking to find a good General Contractor, is your company looking for new clients?" If Yes, continue. "Our company is buying lots of property and will continue to do so, we are actively seeking a GC partner that we can rely on over and over again. Is that the kind of client your company looks for? If Yes, continue. Describe the nature of the work you have to do."How long does it take your company to turn around a $30,000 rehab?" If 30-60 days, continue. We need to have speed and urgency with respect to repair work. If they cannot turn around a $30k job in 30 days, then they must not have the tools or staff to do the work.

- How many employees do you have?
- Does your company have the necessary tools to perform a $30k remodel job?
- Do you carry workers compensation insurance? If NO, then forget them.
- Will you place my company on your insurance as an additional insured?, If NO, then forget them.
- Do you have licensed Plumbers on staff?
- Do you have licensed Electricians on staff?
- Do you have licensed HVAC people on staff?
- Does your company have roofers, glazers, flooring people, painters, etc?
- Do you handle all the permitting required?
- Our company pays 100% of the bill after the work is completed. Can your company handle that?
- Our company pays bonus money for every day the project comes in ahead of schedule. Our company also has penalties for every day the project is delayed. Can your company handle that? (have the amounts ready)
- Can you provide references? Can we see your work from the street on some of these jobs?
- Can you provide a list of employees who will be working on our projects?

If satisfactory responses, ask to meet the owner. Have the owner personally quote your job. Once the owner is aware of your way of doing things, he can organize his team in a way to get your jobs done fast.

# Lawyer

Opening phone call: "I am a REI looking for a RE Attorney to handle my affairs. Are you a RE Attorney or can you recommend one to me?" If Yes, "Do you invest in RE yourself?" If Yes, set appointment.

**At appointment.**

- How many years have you been a RE Attorney?
- What type of property do you invest in?
- Why do I need a RE Attorney? (this will really let you know if he is on the ball)
- How do you get paid and when do you get paid?
- What other resources does your Firm offer?
- Can you offer any asset protection advice?
- Can you offer any entity creation advice?
- What are the top 3 behaviors that land REIs in court?
- Do you sit on the board of any Banks? If Yes, Can you make an introduction for me?

# Others

You will need these other team members too:

- Surveyor
- Mechanical Inspector
- Appraiser
- Lawn/Landscape
- Cleaner
- Technology Consultant

and Most Importantly

# *Mentor(s)*